G. B. HARRILL INSURANCE AGENCY, INCORPORATED v. MARY SUE MOORE ROBBINS, INDIVIDUALLY AND MARY SUE MOORE ROBBINS, AS ADMINISTRATRIX OF THE ESTATE OF JOSEPH GARLAND ROBBINS, SR.

### No. 7529DC422

(Filed 17 September 1975)

APPEAL by defendants from *Gash, Judge*. Judgment entered 17 February 1975 in District Court, RUTHERFORD County. Heard in the Court of Appeals 16 September 1975.

*Hamrick, Bowen & Nanney by Louis W. Nanney, Jr. for plaintiff appellee.*

*Hamrick & Hamrick by J. Nat Hamrick for defendant appellants.*

BRITT, PARKER and CLARK, Judges.

Affirmed.

---

### STATE OF NORTH CAROLINA v. RICHARD SMITH

No. 7529SC356

(Filed 17 September 1975)

APPEAL by defendant from *Friday, Judge*. Judgment entered 8 January 1975 in Superior Court, McDOWELL County. Heard in the Court of Appeals 28 August 1975.

BRITT, HEDRICK and MARTIN, Judges.

No error.